IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EARL WILLIAMS**                                                                    **PLAINTIFF**

V.                              CASE NO. 4:21-CV-458

**PULASKI COUNTY SPECIAL
SCHOOL DISTRICT**                                                          **DEFENDANT**

## JOINT RULE 26(f) REPORT

The Plaintiff, Earl Williams, now comes through his attorney Chris Burks of ᴡʜ Lᴀᴡ,

and Pulaski County Special School District, by and through its attorney Jay Bequette of Bequette,

Billingsley, & Kees, P.A., submit the following information in compliance with Fed. R. Civ. P. 26(f)

and Local Rule 26.1.

1.     Any changes in timing, form, or requirements of initial disclosures under Fed. R. Civ. P.
       26(a).

       Yes. The Parties agree to produce and deliver paper or electronic copies of any and all
       documents identified in their Initial Disclosures on the date when initial disclosures are to
       be made.

2.     Date when initial disclosures were or will be made.

       On or before September 16, 2021.

3.     Subjects on which discovery may be needed.

       At this time, the parties generally anticipate that discovery will focus on the details of
Plaintiffs' alleged wage claims, Plaintiffs' damages, and the defenses asserted by the Defendants.

4.     Whether any party will likely be requested to disclose or produce information from
       electronic or computer-based media. If so:

       (a)     whether disclosure or production will be limited to data reasonably available to the
               parties in the ordinary course of business;

The parties anticipate that all relevant records will be reasonably available to the parties in the ordinary course of business.

(b)    the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;

The parties contemplate that electronic or computer-based data which may be discovered will be found in the computers and/or electronic devices in the possession of both parties. At this point, the parties cannot estimate the cost and time required for production of data, but do not anticipate that it will be expensive.

(c)    the format and media agreed to the parties for the production of such data as well as agreed procedures for such production;

The parties will confer as necessary to determine the best method of production. The parties agree that native format is best for spreadsheets such as Excel.

(d)    whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;

The parties have been made aware of the need to maintain the relevant record taken in the ordinary course of business.

(e)    other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.

None known at this time.

5.    Date by which discovery should be completed.

June 13, 2022.

6.    Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

The parties consent to the electronic service of Initial Disclosures, Interrogatories, Requests for Production of Documents, Requests for Admissions, and Notices of Deposition, as well as Responses to Interrogatories, Requests for Production of Documents, and Requests for Admission, at the email addresses at which they receive ECF filings in this case. The parties agree that discovery may be signed by e-signature rather than by hand. The parties agree to produce and deliver paper or electronic copies of any documents which would ordinarily be produced subject to Federal Rules of Civil Procedure 26 or 34.

7.    Any Orders, e.g. protective orders, which should be entered.

Case 4:21-cv-00458-JM   Document 7   Filed 09/15/21   Page 3 of 4

None at this time.

8.    Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

None at this time.

9.    Any objections to the proposed trial date.

The parties are satisfied with the proposed trial date of September 19, 2022.

10.   Proposed deadline for joining other parties and amending the pleadings.

May 12, 2022.

11.   Proposed deadline for completing discovery.

June 13, 2022.

12.   Proposed deadline for filing motions other than motions for class certification.

July 6, 2022.

13.   Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification.

N/A


                        Respectfully submitted,

                        **Earl Williams, PLAINTIFF**

                        WH Law | We Help
                        1 Riverfront Pl. – Suite 745
                        North Little Rock, AR 72114
                        (501) 891-6000

              By:    *Chris Burks*
                        Chris Burks (ABN: 2010207)
                        chris@wh.law

**Page 3 of 4**

**AND**

**Pulaski County Special School District,
DEFENDANT**

Bequette, Billingsley & Kees, P.A.
425 W. Capitol Ave., Suite 3200
Little Rock, AR 72201
(501) 374-1107

By:     *Cody Kees*
        Cody Kees (ABN 2012118)
        Jay Bequette (ABN 87012)
        ckees@bbpalaw.com
        jbequette@bbpalaw.com