**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**EARL WILLIAMS**                                                                 **PLAINTIFF**

**v.**                                    **Case No. 4:21-cv-00458-JM**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                         **DEFENDANT**

## JOINT MOTION FOR MEDIATION BY MAGISTRATE

Plaintiff and Defendant, by their attorneys, for their Joint Motion for Mediation by Magistrate, state as follows:

1.      A jury trial in this matter is scheduled for the week beginning September 19, 2022. ECF Doc. 8.

2.      This case arises out of alleged violations of the Fair Labor Standards Act and the Arkansas Minimum Wage Act for failure to pay overtime compensation.

3.      The parties have been involved in ongoing settlement discussions and believe that mediation before a Magistrate Judge will be beneficial in facilitating settlement.

4.      The parties respectfully request that the Court order a mediation before a Magistrate Judge.

5.      The parties affirmatively state that their Joint Motion is not sought for purposes of delay but to assure the prompt and efficient administration of justice in this case.

WHEREFORE, the parties pray that their Joint Motion for Mediation by Magistrate be granted; and for all other appropriate relief.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

By: _____**Cody Kees**_____
        Jay Bequette, Ark. Bar No. 87012
        W. Cody Kees, Ark. Bar No. 2012118

*Attorneys for Defendant*

– AND –

Chris W. Burks, Ark. Bar No. 2010207
WH LAW, PLLC
1 Riverfront Place, Suite 745
North Little Rock, AR 72114
Phone: (501) 891-6000
Email: chris@whlawoffices.com

*Attorney for Plaintiff*