IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EARL WILLIAMS**                                                                          **PLAINTIFF**

V.                    CASE NO. 4:21-CV-00458-JM

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**              **DEFENDANT**

### Joint Status Report

COMES NOW Plaintiff and Defendant through counsel and for their joint status report, state:

1. On September 27, 2021, this Court entered a Final Scheduling Order, with a status report to be filed by July 26, 2022.

2. The discovery process is ongoing.

3. This Court entered an Order referring this case to United States Magistrate Judge Patricia S. Harris on July 13, 2022 for a settlement conference. Parties are in the process of scheduling the settlement conference date.

Respectfully submitted,

**Earl Williams, Plaintiff**

wh Law | We Help
1 Riverfront Pl. – Suite 745
North Little Rock, AR 72114
(501) 891-6000

By:    Chris Burks (ABN: 2010207)
chris@wh.law

AND

**Pulaski County Special School District, Defendant**

                Bequette, Billingsley & Kees, P.A.
                425 W. Capitol Ave., Suite 3200
                Little Rock, AR 72201
                (501) 374-1107

By:    Cody Kees (ABN 2012118)
        Jay Bequette (ABN 87012)
        ckees@bbpalaw.com
        jbequette@bbpalaw.com