**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**EARL WILLIAMS**                                                                                   **PLAINTIFF**

**v.**                          **Case No. 4:21-cv-00458-JM**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                          **DEFENDANT**

**ENTRY OF APPEARANCE**

Keith I. Billingsley, of Bequette, Billingsley & Kees, P.A., hereby enters his appearance in the above-captioned proceedings on behalf of Defendant, Pulaski County Special School District. I certify that I am admitted to practice in this Court.

                                                                     Respectfully submitted,

                                                                     Bequette, Billingsley & Kees, P.A.
                                                                     425 West Capitol Avenue, Suite 3200
                                                                     Little Rock, AR 72201-3469
                                                                     Phone: (501) 374-1107
                                                                     Fax: (501) 374-5092
                                                                     Email: kbillingsley@bbpalaw.com

                                                By:   */s/ Keith I. Billingsley*
                                                                  Keith I. Billingsley # 86016

                                                *Attorneys for Defendant*