# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**EARL WILLIAMS**                                                                                              **PLAINTIFF**

**v.**                               **Case No. 4:21-cv-00458-JM**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                                 **DEFENDANT**

## JOINT MOTION TO DISMISS WITH PREJUDICE

Comes now the Plaintiff, Earl Williams, by his attorneys, WH Law, PLLC, and the Defendant, Pulaski County Special School District, by its attorneys, Bequette, Billingsley & Kees, P.A., and for their Joint Motion to Dismiss with Prejudice, state as follows:

1. The parties have reached settlement of the issues in this case and have executed a settlement agreement governing their settlement.

2. The parties request the Court enter an Order dismissing their claims with prejudice.

WHEREFORE, Plaintiff and Defendant move the Court to dismiss the above-styled case with prejudice; and all other just and proper relief.

        Respectfully submitted,

        WH LAW, PLLC
        1 Riverfront Place, Suite 745
        North Little Rock, AR 72114
        Phone: (501) 891-6000
        Email: chris@whlawoffices.com

        By:    **Chris Burks**
                Chris W. Burks, Ark. Bar No. 2010207

        *Attorneys for Plaintiff*

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:    (501) 374-5092
Email: kbillingsley@bbpalaw.com

By:          **Keith Billingsley**
       Keith Billingsley, Ark. Bar #86016
       Jay Bequette, Ark. Bar No. 87012
       W. Cody Kees, Ark. Bar No. 2012118

*__Attorneys for Defendant__*