IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EARL WILLIAMS                                                                         PLAINTIFF

VS.                                              4:21CV0000458 JM

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                       DEFENDANT

## ORDER

Pending is the parties' joint motion to dismiss with prejudice.  (Docket #16).  For good cause shown, the motion is GRANTED.  This case is hereby dismissed with prejudice.  The clerk is directed to close the case.

IT IS SO ORDERED this 6th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE